UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN HALL, | ) | NO. CV 20-1524-JFW(E) |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| JOSIE GASTELLO, Warden, | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Petitioner's request for an evidentiary hearing is denied; (2) Petitioner's request for appointment of counsel is denied; (3) Petitioner's request for expansion of the record is denied; and (4) the Petitioner is denied and dismissed with prejudice.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 5, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE