JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NATHAN HALL,                          )   NO. CV 20-1524-JFW(E)
                                      )
                Petitioner,           )
                                      )
        v.                            )   JUDGMENT
                                      )
JOSIE GASTELLO, Warden,               )
                                      )
                                      )
                Respondent.           )
                                      )
_____)

        Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


        DATED: October 5, 2020.


        _____
                        JOHN F. WALTER
             UNITED STATES DISTRICT JUDGE